UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**DANIEL MONCADA**,

      Plaintiff,

vs.

**HOMEGOODS, INC. a foreign
for profit corporation,**

      Defendant.

_____/

<u>**NOTICE OF SETTLEMENT**</u>

      Plaintiff DANIEL MONCADA, by and through his undersigned Counsel, hereby provides

notice that the parties have reached a settlement and will be executing necessary paperwork

resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the

Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to

finalize the settlement agreement and file a notice for dismissal with prejudice.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____          By ____*s/ Pelayo M. Duran*_____
      RODERICK V. HANNAH                  PELAYO M. DURAN
      Fla. Bar No. 435384                      Fla. Bar No. 0146595

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of December, 2020, a true and correct of the

foregoing was electronically filed and served via transmission of Notice of Electronic Filing

generated by CM/ECF on all counsel or parties of record on the Service List below:


Kevin M. Young, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*HOMEGOODS, INC.*

/s/ *Roderick V. Hannah*
        Roderick V. Hannah