UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:20-cv-62135-RS

**DANIEL MONCADA**,

    Plaintiff,

vs.

**HOMEGOODS, INC. a foreign
for profit corporation,**

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff, DANIEL MONCADA, hereby gives notice of dismissal *with prejudice* of the above action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Date:  January 25, 2021

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, PA** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL  33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email:  pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of January, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Kevin M. Young, Esq.
SEYFATH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*HOMEGOODS, INC.*

                                        /s/ *Roderick V. Hannah*
                                            Roderick V. Hannah